## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| NICHOLAS AGENGO, *et al.*<br><br>Plaintiffs<br><br><br>WELTMAN, WEINBERG & REIS CO., L.P.A. *et al.*<br><br>Defendants. | Case No. 3:26-cv-0028-WHR-PBS<br><br>Judge Walter H. Rice<br>Magistrate Peter B. Silvain, Jr.<br><br>ORDER |

This matter is before the Court on Plaintiffs' Motion for Extension of Time to file their Response to Defendants' Motions to Dismiss Complaint (ECF 15 & 16).

For good cause shown, the Court hereby grants Plaintiffs' Motion. Plaintiffs shall have until Tuesday, April 28. 2026 to file their responses to Defendants' Motions to Dismiss Complaint (Doc. Nos. 15 & 16).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE